GEORGE W. MENTZ, Respondent, *v.* JOHN LAYCOCK et al., Appellants.

(Argued April 15, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 17, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Frank M. Loomis* for appellants.

*Abram Bartholomew* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.